IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO. 17-13798
CHAPTER 13
   THOMAS D. CUNNINGHAM : JUDGE JEFFERY P. HOPKINS

   DEBTOR(S)
: TRUSTEE'S REPORT

1. Comes now the Chapter 13 Trustee, Margaret A. Burks and files this Report based upon information obtained from the 341 meeting of creditors. The Trustee has conducted a Meeting of Creditors pursuant to 11 U.S.C. Section 341. The petition, schedules, and plan have been examined.

2. 341 MEETING DATE: December 4, 2017

3. DATE OF CONFIRMATION: December 19, 2017

4. Meeting held: Yes
   Plan Percentage: 12%

5. Debtor (s) Appeared: Yes

6. Trustee recommends this case for confirmation at this time.

7. The Chapter 13 was filed due to car repairs, etc. delinquent chronically for several years.

8. Payroll deduction order is in effect.

9. The following creditors were present: None

10. Creditor Objection: None

11. Notice to Citifinancial went to current address for One Main, its successor.

Respectfully submitted,

/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney Reg. No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney Reg. No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney Reg No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH  45202
      513-621-4488
      513 621-2643  (facsimile)
      mburks@cinn13.org Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Trustee's Report was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on December 6, 2017 addressed to:

Thomas D. Cunningham
debtor(s)
702 East Ross Ave
Cincinnati, Ohio 45217

                                      /s/    Margaret A. Burks, Esq.
                                                 Margaret A. Burks, Esq.